# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| GLOBAL MUSHROOM LLC | CASE NUMBER: |
| --- | --- |
| Plaintiff | 2:22−cv−06687 JAK (AGRx) |
| v. | |
| VIP MARKETING, INC. | **ORDER RE STIPULATION FOR JUDGEMENT (DKT. 13)** |
| Defendants(s). | JS-6 |

Based on a review of the parties' Stipulation for Judgment (Dkt. 13), it is hereby ordered as follows:

1. Judgment shall be granted in favor of Global Mushroom LLC and against VIP Marketing, Inc.;

2. Judgment shall be entered in the principal amount of $310,906.75, plus interest at the rate of 1% per annum from the date of this Order until paid, plus $500.00, as well as $685.00 in attorneys' fees and $444.25.

3. VIP Marketing, Inc. waives any right of appeal.

**IT IS SO ORDERED.**

Dated: December 6, 2022

John A. Kronstadt
United States District Judge